IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TRELLEBORG CORPORATION PLAN**
**NO. 511 and UNUM LIFE INSURANCE**
**COMPANY OF AMERICA, as the**
**ERISA Claims Administrator**,

**Plaintiffs,**

**v.**

**KATHLEEN HEATH, TRELLEBORG**
**CORPORATION, and TRELLEBORG**
**YSH, INC.,**

**Defendants.**                                                                 No. 07-0326-DRH

### ORDER

**HERNDON, Chief Judge:**

      Pending before the Court is Defendant Heath's motion to dismiss (Doc. 10). Heath's motion is a two-page pleading (three, if counting the certificate of service page) that does not contain any case law. Her motion merely states that "Plaintiffs are not 'persons empowered to bring a civil action' as contemplated under § 1132(a)(1)(b)" (Doc. 10, ¶ 2). Further, the motion violates the Local Rules as it does not contain a supporting brief as required by **Local Rule 7.1(c)**.[1] Thus, the Court **STRIKES** Defendant Heath's motion to dismiss (Doc. 10).

      **IT IS SO ORDERED.**

      Signed this 14th day of November, 2007.

                        /s/      DavidRHerndon
                        **Chief Judge**
                        **United States District Court**

---

[1] **Local Rule 7.1(c)** provides in part: "**Motions to remand, to dismiss, for judgment on the pleadings, for summary judgment, and all post-trial motions shall be supported by a brief.**"